UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LAURA CATALANO,

                        Plaintiff,

         -against-

PHILLIPS & COHEN, LTD.,

                       Defendant.
---------------------------------------------------------------X

**ORDER**
CV 12-3438 (LDW)(ARL)

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's unopposed motion to compel the plaintiff to respond to its interrogatories, request for the production of documents, and requests to admit.  The defendant served its requests on the plaintiff on October 15 and 16.  The plaintiff failed to timely respond.  Although counsel for the defendant has contacted plaintiff's co-counsel, the plaintiff still has provided no responses.  Accordingly, the motion is granted.  On or before December 21, 2012, the plaintiff shall respond to all outstanding discovery requests.  Additionally, by operation of Rule 36(a)(3), defendant's request for admissions are deemed admitted by virtue of plaintiff's failure to respond.  If the plaintiff fails to respond to the outstanding discovery requests by December 21, the court will entertain a motion for sanctions.

Dated:  Central Islip, New York
          December 11, 2012

**SO ORDERED:**

_____/s/_____
ARLENE R. LINDSAY
United States Magistrate Judge